UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIZABETH SANTOS,

        Plaintiff,

vs.                   Case No.  2:13-cv-271-FtM-29UAM

GOMEZ, LLC, a Florida limited
liability company, JOSE GOMEZ,
individually,

        Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #27), filed September 4, 2013, recommending plaintiff's Unopposed Motion for Approval of Settlement (Doc. #26) be granted, the Confidential Settlement and Full and Final General Release Agreement (Doc. #26-1) be approved as fair and reasonable, and the case dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and approves the settlement.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #27) is hereby **adopted** and the findings incorporated herein.

2.  Plaintiff's Unopposed Motion for Approval of Settlement (Doc. #26) is **granted** and the Confidential Settlement and Full and Final General Release Agreement (Doc. #26-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd   day of September, 2013.

_____
JOHN E. STEELE
United States District Judge

-2-

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties